1  PHILLIP A. TALBERT
United States Attorney
2  ELLIOT WONG
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

5

6  Attorneys for Defendants

7                        IN THE UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10  HAMMOUR,                                    CASE NO.  2:22-CV-00707-WBS-KJN

11                         Plaintiff,           STIPULATION AND ORDER FOR FIRST
                                                EXTENSION OF TIME
12                  v.

13  GARLAND, ET AL.,

14                         Defendants.

15

16

17        The Defendants respectfully request a first extension of time in which to respond to the

18  Complaint, and counsel for Plaintiff does not oppose.  This case concerns a set of Plaintiff's immigration

19  applications, which has been pending with U.S. Citizenship and Immigration Services since March 28,

20  2018.  Plaintiff's applications were recently approved on July 26, 2022, and Plaintiff is expected to

21  dismiss this matter once he receives receipt of the approval.

22        The parties therefore stipulate that the new date for Defendants to file an answer or other

23  dispositive pleading is August 15, 2022.  The parties further request that all other filing deadlines be

24  similarly extended.

25

26

27

28
                                            1

1    Respectfully submitted,

2

3   Dated:  August 1, 2022                                    PHILLIP A. TALBERT
                                                              United States Attorney
4

5                                                     By:   /s/ ELLIOT C. WONG
                                                           ELLIOT C. WONG
6                                                          Assistant United States Attorney

7

8                                                          /s/ JASKARN SINGH ATWAL
                                                           JASKARN SINGH ATWAL
9                                                          Counsel for Plaintiff

10

11                                          ORDER

12          It is so ordered:

13          The new date for Defendants to file an answer or other dispositive pleading is August 15,

14
    2022.   The Scheduling Conference is reset for **November 7, 2022 at 1:30 p.m**. A joint status report
15
    shall be filed no later than October 24, 2022 in accordance with the Court's  Order Re: Status (Pretrial
16
    Scheduling) Conference filed April 25, 2022 (Docket No. 4).
17

18  Dated:  August 2, 2022

19                                          WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28
                                                2