Jaskarn S. Atwal (SBN: 254252)
**ATWAL & COMPANY**
2400 Del Paso Road, Suite 166
Sacramento, California 95834
Telephone: (916) 359-5000
Facsimile: (916) 359-5001
Email:  jesse@atwalco.com

Attorney for Plaintiff
ABDULRAHIM HAMMOUR

# UNITED STATES DISTRICT COURT

# SACRAMENTO EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULRAHIM HAMMOUR,<br><br>    Plaintiff,<br><br>    v.<br><br>MERRICK GARLAND Attorney General; ALEJANDRO MAYORKAS, Secretary of Homeland Security; CHRISTOPHER A. WRAY, Director of Federal Bureau of Investigation; UR M. JADDOU, Associate Director, U.S. Citizenship and Immigration Services; MICHAEL BIGGS, Director, Sacramento Field Office, U.S. Citizenship Immigration Services; EMILIA BARDINI, Director, San Francisco Asylum Office; CITIZENSHIP AND IMMIGRATION SERVICES; DEPARTMENT OF JUSTICE; DEPARTMENT OF HOMELAND SECURITY; FEDERAL BUREAU OF INVESTIGATION.<br><br>    Defendants. | Case No.: **2:22-CV-00707-WBS-KJN**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE; ORDER** |

**WHEREAS,** no defendant has filed an answer or a motion for summary judgment in this

action; and

**WHEREAS,** no cross-claim or counter-claim has been filed in this action.

**NOW, THEREFORE,** Plaintiff, ABDULRAHIM HAMMOUR, hereby dismisses this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i).

Dated: 8/10/2022                             **ATWAL & COMPANY**


By: *Jaskarn S. Atwal*
    Jaskarn S. Atwal, Esq.
    Attorney for Plaintiff,
    ABDULRAHIM HAMMOUR

ORDER

Upon request of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that this action be and hereby is dismissed without prejudice in its entirety.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  August 10, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

**Case Name:  Abdulrahim Hammour vs. Merrick Garland, et al.,**

**Case No:  2:22-CV-00707-WBS-KJN**

I, Maribel Garza am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  I am employed in the office of a member of the bar of this court at whose direction the service was made.  My business address is 2400 Del Paso Road, Suite 166, Sacramento, CA 95834.  On August 10, 2022, I served the following document(s):

**Notice of Voluntary Dismissal of Action Without Prejudice; Proposed Order** upon:

Mr. Michael Biggs and Chief Counsel
Citizenship and Immigration Service Sacramento Field Office
650 Capitol Mall
Sacramento, CA 95814

Attorney General of the United States
950 Pennsylvania Ave. NW
Washington, D.C. 20530-0001

Office of the General Counsel
United States Department of Homeland Security
Washington D.C. 20528

Chief of Commercial and Administrative Law Division Office of the Principal Legal Advisor
Citizenship and Immigration Services
United States Department of Homeland Security
425 I Street NW, Room 6100 Washington D.C. 20536

Federal Bureau of Investigations
Office of General Counsel
Room 7427, 935 Pennsylvania Avenue, N.W.,
Washington, DC 20535

[ ]     by transmitting via electronic mail on this date the document(s) listed above to the email address set forth herein.  The transmission was completed before 5:00 p.m. and was reported complete and without error.

[ X ]    by placing the document(s) listed above in a sealed envelope(s) with postage thereon

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE;
ORDER
CASE NO: 2:22-CV-00707-WBS-KJN**

**4**

fully prepaid, for deposit in the United States mail at Sacramento, California addressed as set forth herein.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

     I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct.  Executed at Sacramento, California on August 10, 2022.

          *Maribel Garza*
           Maribel Garza